UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIAM ALEXANDER,.,

Plaintiff,

-against-

GREENDOT CORP.,

Defendants.

26 CIVIL 005984 (LTS)

**CIVIL JUDGMENT**

For the reasons stated in the July 17, 2026, order, the Court dismisses this action without prejudice due to Finnegan's failure to comply with the Court's February 7, 2022 order in Finnegan, No. 21-CV-10946, ECF 6. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated: July 23, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge